NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-5090

GRAPEVINE IMPORTS, LTD., a Texas Limited Partnership,
and T-TEK, INC., a Texas Corporation, as a Tax Matters Partner,

Plaintiffs-Appellees,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims
in 05-CV-296, Judge Francis M. Allegra.

## O R D E R

The parties submit various status reports concerning this court's recent decision

in Salman Ranch Ltd. v. United States, 573 F.3d 1362 (Fed. Cir. 2009).

Upon consideration thereof,

IT IS ORDERED THAT:

The stay of the briefing schedule is lifted. The United States' opening brief is due

within 30 days of the date of filing of this order.

FOR THE COURT

| MAR 2 6 2010 | /s/ Jan Horbaly |
| --- | --- |
| Date | Jan Horbaly |
| | Clerk |

cc: Howard R. Rubin, Esq.
Joan I. Oppenheimer, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 6 2010

JAN HORBALY
CLERK